UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOE ANNE WILKERSON,

        Plaintiff,

  v.

SELECT PORTFOLIO SERVICING, et al.,

        Defendants.

C20-831 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report ("JSR"), docket no. 17, the Court hereby SETS a virtual hearing for Tuesday, July 13, 2021, at 10:00 a.m., to be conducted using the ZoomGov.com platform. A Court Reporter will be present. Counsel will receive an invitation to the Zoom session by email and shall be prepared to discuss the issues raised in the JSR, docket no. 17, at the virtual hearing.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of July, 2021.

                                            Ravi Subramanian
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk

MINUTE ORDER - 1